IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DYJUAN D. BARNES,

    Plaintiff,

v.

BARACK H. OBAMA, ET AL.,

    Defendant.

Case No. 16-2299-JAR-GEB

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on June 14, 2016 (Doc. 14). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Gwynne E. Birzer, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that in accordance with the June 14, 2016 Report and Recommendation (Doc. 14), Plaintiff's Complaint (Doc. 1) is DISMISSED for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and that Plaintiff's Motion for Temporary Court Order (Doc. 8) is DENIED.

**IT IS SO ORDERED.**

Dated: July 13, 2016

                              S/ Julie A. Robinson
                              JULIE A. ROBINSON
                              UNITED STATES DISTRICT JUDGE